IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:25-CR-19 (MTT) |
| | ) |
| ELIZABETH SUE IVESTER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**SCHEDULING ORDER**

The Government has moved to (1) declare the case complex; (2) extend deadlines in the Standard Pretrial Order; and (3) specially set the trial. Doc. 19. The defendant had her initial appearance and arraignment on June 17, 2025. Doc. 10. The Court has confirmed the defendant does not oppose the motion. For the following reasons, the motion is **GRANTED**.

The May 14, 2025, indictment alleges 23 criminal counts, including Conspiracy to Commit Healthcare Fraud, Healthcare Fraud and Aggravated Identity Theft for a time period beginning on or about June 13, 2014 and continuing until on or about September 30, 2022. Doc. 1. The government's investigation—culminating in this case—yielded voluminous discovery including claims data translated into thousands of rows in multiple Excel files and other evidence obtained through numerous subpoenas, surveys and witness interviews. Doc. 19 ¶ 1. The government has simultaneously moved for a protective order in this case due to the personally identifying information contained in the discovery and additional privacy concerns. *Id.* ¶ 2. The government anticipates that

defense counsel will require a significant amount of time to review and assess the material. *Id.*

The Court finds the case complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), due to the voluminous discovery and nature of the prosecution. Further, pursuant to § 3161(h)(7)(A), the Court finds the trial should be specially set by the Court to allow the parties adequate time to review discovery materials, conduct necessary investigations, and prepare for trial. For the reasons stated, any delay outweighs the best interests of the public and the defendants to a speedy trial. Accordingly, the government's motion (Doc. 19) is **GRANTED**.

The case shall be specially set for trial beginning on January 12, 2026. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

The Court amends and supplements the Standard Pretrial Order as follows:

| Date | Event |
|---|---|
| 8/1/2025 | The government shall discharge its discovery obligations as set forth in paragraphs 1, 4-10 of the Standard Pretrial Order. |
| 9/1/2025 | Defense discovery, as outlined in paragraph 2 of the Standard Pretrial Order, due. |
| 10/1/2025 | Motions, other than motions in limine, due. |
| 10/8/2025 | Motion responses due. |
| 10/15/2025 | • Motion replies due.<br>• Government's expert notices due. |
| 10/17/2025 | Rule 404(b) notices due. |
| 11/15/2025 | Defense expert notices due. |
| 11/18/2025 | Motions hearing and/or status conference. |
| 12/5/2025 | The defendants shall file an announcement regarding their intention to either proceed to trial or enter a change of plea. |
| 12/12/2025 | Motions in limine due. |
| 12/19/2025 | • Proposed voir dire questions due **(limited to 20)**. Counsel are reminded that copies of juror questionnaires are available in the Clerk's |

|  |  |
|---|---|
|  | Office. It is the responsibility of each attorney to review these questionnaires prior to trial. Voir dire questions may not repeat material contained in the questionnaires.<br>• Requests to Charge due.<br>• Proposed verdict form due.<br>• Motion in limine responses due. |
| 1/2/2026 | Voir dire objections due. |
| 1/6/2026 | Final pretrial conference. |
| 1/9/2026 | • Counsel shall email a proposed exhibit list and a proposed witness list to the courtroom deputy with a copy to opposing counsel at Kim_Tavalero@gamd.uscourts.gov no later than **NOON.**<br>• Electronic evidence files should be provided to the courtroom deputy on a thumb drive no later than **the first day of trial.** Please review the Court website page regarding courtroom technology http://www.gamd.uscourts.gov/technology, specifically the instructions concerning the Jury Evidence Recording System (JERS). |
| 1/12/2026 | Trial commences. |

Except as modified in this Order, the standard pre-trial order remains in effect.

This Order does not modify obligations imposed by the Federal Rules of Criminal Procedure.

**SO ORDERED,** this 23rd day of July, 2025.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT